NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIRA ADVANCED TECHNOLOGY SYSTEMS, INC.,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

---

2019-1212, 2019-1456

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01052, IPR2017-01411.

---

**JUDGMENT**

---

JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by PAULINE PELLETIER; JUNDONG MA, Jdm Patent Law PLLC, Columbia, MD.

ANDREW M. MASON, Klarquist Sparkman, LLP, Portland, OR, argued for appellee. Also represented by J. CHRISTOPHER CARRAWAY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2020          /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court